[No. 12568-8-III.   Division Three.   July 13, 1995.]

*In re the Marriage of* BERNARD R. LOVE, JR.,
*Respondent, and* LORI LEE LOVE, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 91-3-00921-1, Carolyn A. Brown, J., entered June 10, 1992. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.

[No. 13561-6-III.   Division Three.   July 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
JONATHAN JAMES BOWEN, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 93-1-00276-2, Carolyn A. Brown, J., entered October 1, 1993. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.

[No. 13655-8-III.   Division Three.   July 13, 1995.]

*In re the Marriage of* IRENE K. DUFFY, *Appellant,*
*and* JAMES O. DUFFY, *Respondent.*

Appeal from a judgment of the Superior Court for Whitman County, No. 92-3-00057-3, John M. Lyden, J., entered October 28, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.